**STATE of Missouri, Respondent,**

v.

**Jamie Leann BENEDICT, Appellant.**

**No. WD 61761.**

Missouri Court of Appeals, Western District.

Oct. 21, 2003.

Ellen H. Flottman, State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Dora A. Fichter, Asst. Attorney General, Jefferson City, for respondent.

Before JAMES M. SMART, JR., P.J., ROBERT G. ULRICH, and LISA WHITE HARDWICK, JJ.

***Order***

PER CURIAM.

A jury convicted Jamie Benedict of one count of attempted stealing, § 564.011, one count of misdemeanor stealing, § 570.030, and ten counts of felony stealing, § 570.030. The jury found Ms. Benedict not guilty of one count of misdemeanor stealing and one count of felony stealing.

She was sentenced to six consecutive one-year terms and fined $11,000. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 30.25(b).